| AOC-105 / Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice  www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | CIVIL SUMMONS | Case No. **20-CI-01410**<br>Court ☑ Circuit ☐ District<br>County Jefferson |
|---|---|---|

**PLAINTIFF**

Christina            Tharp

JEFFERSON CIRCUIT COURT
DIVISION TEN (10)

VS.

**DEFENDANT**

Apel International, LLC

**Service of Process Agent for Defendant:**
CT Corporation System
306 W. Main Street
Suite 512
Frankfort      Kentucky      40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: **FEB 24 2020**2          DAVID L NICHOLSON, CLERK _____ Clerk
                                                 By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____ Title

---

EXHIBIT A

CASE NO. **20 CI 01410**   JEFFERSON CIRCUIT COURT
DIVISION

JEFFERSON CIRCUIT COURT
DIVISION TEN (10)

CHRISTINA THARP                                                                    PLAINTIFF

Vs.                                    **COMPLAINT**

APEL INTERNATIONAL, LLC

    Serve:    CT CORPORATION SYSTEM
                  306 W. Main Street
                  Suite 512
                  Frankfort, Kentucky 40601

DEFENDANT

* * * * * *

Plaintiff, Christina Tharp ("Tharp"), for her Complaint against the Defendant, Apel International, LLC ("Apel"), states as follows:

### PARTIES & JURISDICTION

1. At all times relevant to the causes of action pled herein, Tharp was a resident of Jefferson County, Kentucky.

2. The actions that give rise to the matters pled herein have occurred in Jefferson County, Kentucky.

3. Apel is a Kentucky business entity, registered to do business and doing business in the Commonwealth of Kentucky, with its principal office located in Jefferson County, Kentucky.

4. The damages sought are within the jurisdictional limits of this Court.

1

EXHIBIT A

## FACTUAL BACKGROUND

5.  On or about September 2, 2019, Tharp began employed at Apel as a temporary employee, through Adecco Staffing ("Adecco").

6.  Upon information and belief, Apel has a pattern and course of conduct of hiring temporary employees into fulltime employment with Apel after 90 days of successful employment at Apel.

7.  On or about October 31, 2019, Tharp orally reported to Apel's Human Resources department and/or Stephanie Noe ("Noe") that Tharp was being subjected to sexual harassment by a fellow co-worker.

8.  On or about October 31, 2019, Noe informed Tharp that she would investigate the matter, referenced in paragraph 7 above.

9.  On or about Mid November 2019, Tharp again orally reported to Apel that the sexual harassment was continuing.

10. On December 2, 2019, Tharp was told by Apel that she had completed her 90 day temporary period successfully and paperwork would be started to hire her on fulltime at Apel.

11. On or about December 2, 2019, Tharp gave a written complaint to Apel and/or Noe that the sexual harassment was continuing, referenced in paragraphs 7 and 9 herein.

12. On or about December 3, 2019, Tharp was told by Noe that the alleged sexual harasser was married with 5 kids and that Noe did not believe Tharp's allegations about the sexual harassment.

13. Upon information and belief, Apel and/or Noe did not begin processing the paperwork to hire Tharp after her December 2, 2019 written report of sexual harassment.

2

EXHIBIT A

14. On or about December 19, 2019, Tharp was told that her work assignment at Apel had ended by Adecco.

15. Upon information and belief, in November 2019 through January 2020, Apel continued to employee staff through Adecco, at positions Tharp would qualify for.

16. Upon information and belief, in November 2019 through January 2020, Apel hired workers fulltime who had successfully completed their 90 temporary periods at Apel, including but not limited to Adecco supplied workers.

17. On or about December 19, 2019, Tharp became unemployed.

## COUNT ONE

### (Violations of KRS 344.280)

18. Tharp incorporates by reference the allegations contained in paragraphs 1 to 17 and above.

19. Apel's before referenced actions and conduct have violated KRS 344.280.

20. As a direct and proximate result of Apel's violations of KRS 344.280, Tharp has suffered damages and is entitled to recover damages for her lost wages (past and future), lost benefits, humiliation, embarrassment, mental anguish, all costs associated with seeking another job, and all other damages attributed to the Defendants' conduct.

**WHEREFORE**, the Plaintiff demands:

1. Judgment against the Defendant in such amount that will fully and justly compensate her for all injuries and damages;
2. A trial by jury;
3. All post-judgment interest as allowed by law;

4. Plaintiff's costs and expenses incurred herein, including her attorney fees, as provided for by KRS 344.450;

5. The right to amend Plaintiff's Complaint to add other claims and Defendants as the proof allows; and

6. Any and all other relief to which she may be entitled.

Respectfully submitted,

ACKERSON LAW OFFICES

_____
**BRENT T. ACKERSON**
600 West Main Street
Suite 500
Louisville, Kentucky 40202
(502) 882-5176
Counsel for Plaintiff

4

EXHIBIT A