UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CHRISTINA THARP**     **PLAINTIFF**

**v.**     **CIVIL ACTION NO. 3:20-CV-210-CRS**

**APEL INTERNATIONAL, LLC**     **DEFENDANT**

## ORDER

Prevailing party Apel International, LLC having filed a Bill of Costs and the Court having considered the objections of Plaintiff Christina Tharp and the response of Apel International, LLC and the Court having rejected the objections for the reasons set forth in the Memorandum Opinion entered herein this date and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that **Costs are AWARDED in favor of Apel International, LLC and against Christina Tharp in the sum of $2,189.40.**

March 9, 2023

**IT IS SO ORDERED.**

Charles R. Simpson III, Senior Judge
United States District Court